No. 86–5027.  SILVESTRI *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 86–5028.  PHENSOOT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–5030.  WILSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 86–5031.  STONER *v.* REES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 86–5034.  CABAL *v.* METROMEDIA, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 86–5035.  HAYNES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 86–5036.  HAWKINS *v.* ALLSBROOK, SUPERINTENDENT, ODOM CORRECTIONAL COMPLEX, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–5037.  CROWELL *v.* WARDEN, VIRGINIA STATE PENITENTIARY.  Sup. Ct. Va.  Certiorari denied.

No. 86–5038.  REID *v.* WASHTENAW CIRCUIT COURT ET AL. C. A. 6th Cir.  Certiorari denied.

No. 86–5040.  WILLOUGHBY *v.* MAINE.  Sup. Jud. Ct. Me. Certiorari denied.

No. 86–5041.  VALWAY ET UX. *v.* KEARNS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 86–5043.  RICCIO *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–5044.  WILLIAMS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 86–5045.  SMITH *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 86–5046.  FARKAS *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.